UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 28 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**RECEIVED**
MAR 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| | |
|---|---|
| AMERICAN EQUITY INSURANCE COMPANY,<br><br>  Plaintiff - Appellee,<br><br>  v.<br><br>GLORIA STEELMAN; et al.,<br><br>  Defendants - Appellants,<br><br>  and<br><br>CRAZY HORSE, INC.,<br><br>  Defendant. | No. 05-35757<br><br>D.C. No. CV-04-00111-A-JWS<br>District of Alaska,<br>Anchorage |
| AMERICAN EQUITY INSURANCE COMPANY,<br><br>  Plaintiff - Appellee,<br><br>  v.<br><br>GLORIA STEELMAN; et al.,<br><br>  Defendants - Appellants,<br><br>  and<br><br>CRAZY HORSE, INC.,<br>  Defendant - Appellant. | No. 05-35770<br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed as to Crazy Horse, Inc. only. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

*Peter Sherwood* (signature)

Peter W. Sherwood
Circuit Mediator

A TRUE COPY
ATTEST       2/28/06

CATHY CATTERSON
Clerk of Court

by: _____
       Deputy Clerk

This certification does constitute the mandate of the court.