UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 19 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN EQUITY INSURANCE COMPANY,<br><br>       Plaintiff - Appellee,<br><br>v.<br><br>GLORIA STEELMAN; et al.,<br><br>       Defendants - Appellants,<br><br>and<br><br>CRAZY HORSE, INC.,<br><br>       Defendant. | No. 05-35757<br><br>D.C. No. CV-04-00111-A-JWS<br>District of Alaska,<br>Anchorage |

**RECEIVED**

JUL 2 4 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| AMERICAN EQUITY INSURANCE COMPANY,<br><br>       Plaintiff - Appellee,<br><br>v.<br><br>GLORIA STEELMAN; et al.,<br><br>       Defendants - Appellants,<br><br>and<br><br>CRAZY HORSE, INC.,<br>       Defendant - Appellant. | No. 05-35770<br><br>  ORDER |

Pursuant to the stipulation of the parties, these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Peter W. Sherwood
Circuit Mediator

A TRUE COPY
ATTEST 7/19/06

CATHY CATTERSON
Clerk of Court

by:_____
       Deputy Clerk

This certification does constitute the mandate of the court.

S:\CASES\2005\05-35757\06-07-18-dism.wpd

2